NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLEN RIDGE SURGICENTER, LLC, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS AND BLUE SHIELD OF NEW JERSEY,<br><br>Defendant. | Civil Action No.: 08-6160 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Defendant's objection to Magistrate Arleo's Report and Recommendation and Order dated September 16, 2011 and appeal of her order granting Plaintiff leave to amend pursuant to Federal Rule of Civil Procedure 15(a). For the reasons set forth in the Court's corresponding Opinion dated November 22, 2011,

IT IS on this 22 day of November, 2011,

**ORDERED** that objection to the Report and Recommendation is overruled; and it is further

**ORDERED** that the Report and Recommendation is hereby adopted; and it is further

**ORDERED** that the portions of the Order appealed by Defendant are hereby affirmed.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge