

DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
www.dlapiper.com

B. John Pendleton, Jr.
john.pendleton@dlapiper.com
T  973.520.2561
F  973.520.2581

*Partners Responsible for Short Hills Office:*
*Andrew P. Gilbert*
*Michael E. Helmer*

March 16, 2017
*VIA ECF AND U.S. MAIL*

Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
MLK Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:     Edwards, et al. v. Horizon
         Civil Action No. 08-6160 (KM) (MAH)

Dear Judge Hammer:

In response to Judge McNulty's text order dated March 2, 2017, we are writing to advise the Court of the status of this matter.

The parties have been working with former Judge Stephen Orlofsky for several months as a mediator in an effort to resolve the matter. The parties believe that an additional 45 days within which to negotiate a settlement would be in the best interest of the parties. If at that time the matter has not settled, the parties will advise the Court of the status and agree to proceed as the Court directs.

Respectfully submitted,

**DLA Piper LLP (US)**


s/B. John Pendleton, Jr.
B. John Pendleton, Jr.
Partner


cc:     All counsel of record (via ECF)
         Hon. Kevin McNulty (via U.S. Mail)